Kaivan Harouni [SBN 256582]
Rogi Sanchez [SBN 268433]
HAROUNI LAW GROUP
5950 Canoga Ave. Ste. 550
Woodland Hills, CA 91367
Telephone: (310) 693-8333; Fax: (310) 494-9499
Attorneys for Plaintiff Allan Martia

Timothy M. Ryan [SBN 178059]
Tadeusz McMahon [SBN 304699]
THE RYAN FIRM
A Professional Corporation
30 Corporate Park, Suite 310
Irvine, CA 92606
Telephone: (949) 263-1800; Fax: (949) 872-2211
Attorneys for Defendants Specialized Loan Servicing, LLC, and HSBC Bank USA, National Association, as Trustee for the Holders of the Certificates Issued by Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-1

JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| ALLAN MARTIA, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>SPECIALIZED LOAN SERVICING, LLC, a limited liability company; HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES ISSUED BY DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-1, an unknown business entity; BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, a limited liability partnership; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No: 2:18-cv-08875-MWF-PLA<br>State Court Case No. LC107773<br><br><br>**ORDER GRANTING STIPULATION TO REMAND**<br><br><br><br>Complaint Filed: September 12, 2018<br>Removed On:        October 15, 2018<br>Trial Date:           Not Set |

HAROUNI LAW GROUP
5950 Canoga Avenue, Suite 550, Woodland Hills, California 91367

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

On or about June 12, 2019, the Parties to the above-referenced action filed a Stipulation to Remand this Action to State Court. The Court having reviewed the Stipulation and good cause appearing, orders as follows:

1.   The Parties' Stipulation is approved; Plaintiff's 12 C.F.R. § 1024.41 claim is dismissed, and the instant Action is to be immediately remanded back to state court, Los Angeles County Superior Court, State of California, Case Number LC107773; and

2.   This Stipulation moots all pending motions and matters before this Court, and all pending deadlines and hearings in this case should be taken off the Court's calendar.

**IT IS SO ORDERED.**

Dated: June 12, 2019

_____
Hon. Michael W. Fitzgerald
United States District Court
Central District of California

[PROPOSED ORDER]                                    CASE NO.: 2:18-cv-08875-MWF-PLA